IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN,<br><br>    Plaintiff and<br>        Counterclaim-Defendant,<br><br>vs.<br><br>ROCKING J. RANCH, LLC dba THE RANCH AT ROCK CREEK,<br><br>    Defendant and<br>        Counterclaim-Plaintiff. | CV 21–46–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff Brenda Rhoten's Unopposed Motion for Witnesses to Testify Via Zoom.  (Doc. 60.)  Ms. Rhoten requests leave for Ms. Savanna Bell and Ms. Lydia Hellums to testify via Zoom at trial on October 3, 2022.  (*Id.* at 1.)  Opposing Counsel does not object.  (*Id.* at 2.)

Accordingly, IT IS ORDERED the motion (Doc. 60) is GRANTED.  Ms. Savanna Bell and Ms. Lydia Hellums may appear via Zoom at trial.  The Clerk of Court shall notify counsel for Ms. Rhoten via e-mail of the meeting ID and password within 24 hours of the hearing.  Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings

DATED this 15th day of September, 2022.

1

_____
Dana L. Christensen, District Judge
United States District Court