IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN,<br><br>　　Plaintiff and<br>　　Counterclaim-Defendant,<br><br>vs.<br><br>ROCKING J. RANCH, LLC dba THE RANCH AT ROCK CREEK,<br><br>　　Defendant and<br>　　Counterclaim-Plaintiff. | CV 21–46–M–DLC<br><br><br>ORDER |

Before the Court is Defendant Rocking J. Ranch, dba The Ranch at Rock Creek's ("the Ranch") Notice of Intent, which the Court construes as a motion to allow witnesses to testify via Zoom. (Doc. 75.) The Ranch requests leave to use Zoom for the examination of Justin Robins at trial. (*Id.* at 1.)

Accordingly, IT IS ORDERED the motion (Doc. 75) is GRANTED. Justin Robins may appear via Zoom at trial. The Clerk of Court shall notify counsel for the Ranch via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings

DATED this 28th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1