IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN, | CV–21–46–M–DLC |
| Plaintiff and Counterclaim-Defendant, | |
| v. | ORDER |
| ROCKING J> RANCH, LLC dba THE RANCH AT ROCK CREEK, | |
| Defendant and Counterclaim-Plaintiff | |

Before the Court is Defendant and Counterclaim-Plaintiff Rocking J. Ranch, dba The Ranch at Rock Creek's Unopposed Motion to Amend Final Pretrial Order Exhibits Lists.  (Doc. 79.)  Defendant seeks to remove Exhibits 9, 12, 101, 102, 115, 116, 117, 118, 136, and 155 from its exhibits lists that were attached to the Final Pretrial Order (Doc. 78), as referenced therein section XII, paragraph B, and to use the amended Will Use and May Use exhibits lists attached to Defendant's motion as Exhibits F and G (Docs. 79-1, 79-2).

Accordingly, IT IS ORDERED that Defendant's amended exhibits lists, as attached to its motion as Exhibits F and G (Docs. 79-1, 79-2), are hereby substituted for the originals in the Court's Final Pretrial Order (Doc. 78).

DATED this 3rd day of October, 2022.

Dana L. Christensen, District Judge
United States District Court