UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> ROCKING J. RANCH, LLC dba THE RANCH AT ROCK CREEK, <br><br> Defendant and Counterclaim-Plaintiff. | CV-21-46-M-DLC <br><br> ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 6th day of October, 2022.

*/s/ Dana L. Christensen*
Honorable Dana L. Christensen
United States District Judge