UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>vs.<br><br>ROCKING J. RANCH, LLC, dba THE RANCH AT ROCK CREEK,<br><br>      Defendant and<br>      Counterclaim-Plaintiff. | Case No. CV-21-046-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Special Verdict Form rendered on October 6, 2022, Document Number 94.

      Dated this 7th day of October, 2022.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Sarah Nagy
                        Sarah Nagy, Deputy Clerk