IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>vs.<br><br>ROCKING J. RANCH, LLC, dba THE RANCH AT ROCK CREEK,<br><br>      Defendant and<br>      Counterclaim-Plaintiff. | CV 21–46–M–DLC<br><br><br>ORDER |

This Court's previous Order in this matter awarded Plaintiff Brenda Rhoten fees-on-fees, to be reduced by 30%. (Doc. 111 at 13.) Counsel for Rhoten has since provided an affidavit supporting the amount of fees-on-fees to be awarded. (Doc. 112.) The documentation shows a total of $6,688.75 in post-trial fees were incurred. (*Id.* at 2.)

Accordingly, IT IS ORDERED that Rhoten is entitled to a fees-on-fees award in the amount of $4,682.13.

DATED this 5th day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court