Lawrence E. Henke
Addam D. Pincock
Vicevich Law
3738 Harrison Ave.
Butte, MT   59701
Telephone: (406) 782-1111
Fax No.: (406) 782-4000
larry@vicevichlaw.com
addam@vicevichlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BRENDA RHOTEN,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>    v.<br><br>ROCKING J. RANCH, LLC dba THE<br>RANCH AT ROCK CREEK,<br><br>        Defendant and<br>        Counterclaim-Plaintiff, | Cause No. CV-21-46-M-DLC<br><br>**SATISFACTION OF<br>JUDGMENT** |

COMES NOW Plaintiff Brenda Rhoten, by and through her counsel of record, and hereby certifies that the Judgment against Defendants has been fully satisfied and hereby authorizes entry of this satisfaction of record and release of its judgment lien.

        //

DATED this 28th day of December, 2022.

/s/ *Lawrence E. Henke*_____
Lawrence E. Henke
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of December, 2022, a

true and correct copy of the foregoing document was served on Defendant's

counsel by email through the CM/ECF system to:

Robert C. Lukes
Tessa A. Keller
GARLINGTON, LOHN & ROBINSON, PLLP
rclukes@garlington.com
takeller@garlington.com

/s/ *Lawrence E. Henke*_____
Lawrence E. Henke
Attorney for Plaintiff